IDA C. HAZZARD et al., Appellants, *v.* CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, Impleaded with Others.

Argued January 15, 1940; decided March 5, 1940.

654

*Edward J. Chapman, Harold H. Levin, Joel R. Parker* and *Jack Lewis Kraus, II,* for appellants.

*Jacob J. Lesser* for Estelle Messing, *amicus curiæ.*

*William Dean Embree, A. Donald MacKinnon* and *Einar B. Paust* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, SEARS, LEWIS and CONWAY, JJ. Dissenting: RIPPEY, J. Taking no part: FINCH, J.